UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,                20-CR-373 (LAK)

    v.

NZELO OKAFOR,

                Defendants.
------------------------------- x

                    ORDER

LEWIS A. KAPLAN, *District Judge.*

        On April 20, 2023 a pro se motion by Nzelo Okafor entitled "MOTION TO PRODUCE A PROPERTY CHAIN OF CUSTODY was filed as Docket Item 44. Using Docket Item 44 as the complaint, the Clerk of Court should open a new unassigned civil action and terminate DI 44 under this criminal docket number.

        SO ORDERED.

Dated:      April 27, 2023

                                                                           /s/ Lewis A. Kaplan
                                                                      United States District Judge