USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-11-2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NZELO OKAFOR,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.

23-CV-3544 (LAK)

ORDER OF DISMISSAL

LEWIS A. KAPLAN, United States District Judge:

      By order dated May 11, 2023, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP") and prisoner authorization or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application and prisoner authorization or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   10/10/23
         New York, New York

                                          LEWIS A. KAPLAN
                                          United States District Judge