**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
NZELO OKAFOR,

                Plaintiff,

-against-                                      23 **CIVIL** 3544 (LAK)

                                                        **JUDGMENT**

UNITED STATES OF AMERICA,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 11, 2023, the complaint is dismissed without prejudice. See 28 U.S.C. §§ 1914, 1915. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Judgment is hereby entered.

**Dated:** New York, New York
           October 11, 2023

                                                                    **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                 **BY:**    *K. Mango*

                                                                       **Deputy Clerk**